**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| RAYON PAYNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-02039 (LMB/WBP) |
| | ) | |
| 95LIVE.COM, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Plaintiff Rayon Payne, proceeding *pro se*, filed a Motion for Leave to Participate in Electronic Filing or in the Alternative, For Permission to Receive Electronic Service by Email. ("Motion"; ECF No. 9.) In his Motion, Plaintiff asks the Court to allow him to file pleadings electronically through the Court's Case Management/ Electronic Case Files ("CM/ECF") system and to send copies of filings to his email address.

Federal Rule 5(d)(3)(B) permits unrepresented persons to file documents electronically "only if [a] court order or [] local rule" allows them to do so. The Court's Local Rules currently do not authorize *pro se* litigants to file pleadings electronically, *see* PRO SE LITIGANT REFERENCE HANDBOOK, at 7, and the Alexandria Division's process for *pro se* filing remains under development. Plaintiff's request is therefore premature.

Plaintiff also asks to receive service by electronic mail (ECF No. 9 at 2), but the Court requires *pro se* litigants to complete and file with the Clerk the appropriate registration request form. Accordingly, the Court ORDERS as follows:

1.	The Court DENIES without prejudice the Motion (ECF No. 9) as to Plaintiff's request to file documents electronically. Plaintiff may renew his request after 45 days unless, before that date, the Court authorizes a process for *pro se* filing.

2.	The Court DENIES without prejudice the Motion as to Plaintiff's request for electronic service. The Court ADVISES Plaintiff that he may receive electronic copies of filings by filing a motion for *pro se* e-noticing using the E-Noticing Registration form. Plaintiff can obtain more information at https://www.vaed.uscourts.gov/pro-se-litigant-information.

Entered this 6th day of January 2026.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia