# EXHIBIT D



Keko <kekomardi@gmail.com>

## Subpoena: Case No. 1:25-cv-02039-LMB-WBP
1 message

**Jordan Brown** <legal@namecheap.com>										Mon, Jan 12, 2026 at 7:32 PM
To: "kekomardi@gmail.com" <kekomardi@gmail.com>
Cc: "hi@95live.com" <hi@95live.com>

Mr. Payne,

This message is in regards to the legal process served onto Namecheap relating to the matter: Case No. 1:25-cv-02039-LMB-WBP.

Namecheap has been served an objection to the subpoena by the registrant of the named domain. We were provided the attached certification by hi@95live.com, which states that you were also served with the referenced subpoena objection by the domain registrant.

Please confirm that you were served the attached objection.

At this time, we are holding the responsive materials until there is a court order directing Namecheap to proceed with the production.

We look forward to your response.

Best regards,

Namecheap Legal  .  Namecheap, Inc  .  E  legal@namecheap.com  .  W  namecheap.com



Cert.pdf
830K