

**FROM:**

RAYON PAYNE
8815 Conroy Windermere R
# 208
Orlando, FL 32835

**TO:**

U.S. Dist. Court E.D.C.
ATTN: Alexandria Division
401 Courthouse Square
Alexandria, VA 22314

---

US POSTAGE PAID
$11.90
Origin: 34786
01/13/26
1196150595-77

PRIORITY MAIL®

0 Lb 6.10 Oz
RDC 03

EXPECTED DELIVERY DAY: 01/17/26

C049

SHIP TO:
401 COURTHOUSE SQ
ALEXANDRIA VA 22314-5701

USPS TRACKING® #
9505 5158 9399 6013 3647 00