# EXHIBIT B



Keko <kekomardi@gmail.com>

# MEET AND CONFER: Payne vs 95Live.com Subpoena Objection
1 message

**hi@95live.com** <hi@95live.com>                                              Mon, Jan 12, 2026 at 4:05 AM
Reply-To: hi@95live.com
To: "kekomardi@gmail.com" <kekomardi@gmail.com>

Mr. Payne,

I am the Registrant of the domain name www.95Live.com and an interested party in the above-referenced in rem action. Please consider this a formal meet-and-confer attempt.

1. Stay of Subpoena and Discovery

I request that you agree to a 10-day administrative stay regarding the subpoena issued to Namecheap, based in Phoenix, Arizona.

A stay is necessary for the following reasons:

Voluminous record: The domain property appears to have an extensive history based on ICANN data. There are a large volume of records to acquire including ones that require clerk assistance.

Overbreadth: The subpoena, as served, is overbroad, seeking sensitive, private identifying information that is irrelevant to the to service. It was not updated after the Court narrowed what could be requested.

First Amendment Privilege: This matter involves protected speech based on claim in pleading. Under James v. Jacobson, 6 F.3d 233 (4th Cir. 1993), a right to proceed under a pseudonym, especially where, as here, the litigation could be viewed as retaliatory and intended to "unmask" someone you feel is a critic.

Irreparable Harm: Disclosure of the information before the Court has ruled on the propriety of my pseudonym status would render my right to anonymity moot.

Planned engagement: Successful service can be arranged after review including through a local attorney. If there is a true legal claim to ownership, I do not cybersquat and a transfer would be appropriate. If the issue requires court help, I will engage within 10 days. Further, I have already filed an Objection to the Subpoena as you are aware

As you know, this subpoena is time sensitive so if I do not receive your written agreement to (1) stay the subpoena compliance by 10 AM EST on January 12, 2026, I will be forced to file Emergency Motion for Administrative Stay, Quash, and other Protective Relief.

Please advise.

Thank you,

John Doe
Registrant of 95Live.com