UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
VIRGINIA, ALEXANDRIA, DIV.

RAYON PAYNE,
    PLAINTIFF,

    v.                                    CASE # 1:25-CJ-2039

95LIVE.COM,
    DEFENDANT,

FILED
MAILROOM
MAY 14 2026
CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Motion For Stay

COMES NOW, PLAINTIFF RAYON PAYNE, IN THE ABOVE CAUSE
REQUEST FOR THIS COURT TO ENTER AND STAYING ALL
PROCEEDINGS. I STAT THE FOLLOWING;

① MARCH 6, 2026, PLAINTIFF WAS ARREST, AND HAS BEEN IN
FEDERAL DETENTION AT FDC MIAMI.

② ON OR AROUND MAY 4, 2026 PLAINTIFF HAD HIS SISTER
CALL THE CLERK OF THIS COURT 3 WAY, AND WAS INFORMED
THIS COURT HAS ENTERED A NUMBER OF RULING THAT THE
PLAINTIFF HAS NOT SEEN AND CAN'T RESPOND TOO.

③ PLAINTIFF REQUEST THE COURT ENTER AN ORDER STAYING
PROCEEDINGS OF PLAINTIFF'S CURRENT PLIGHT, NO OTHER
PARTY WILL BE PREJUDICE BY A STAY.

①

WHEREFORE BASED ON THE FORGOING REASON PLAINTIFF REQUEST A STAY OF ALL PROCEEDDING, UNTIL PLAINTIFF IS RELEASED FROM DETENTION.

DATE: 5/6/2026

RESPECTFULLY

RAYON PAYNE.