IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

RAYON PAYNE,                                          )
                                                     )
            Plaintiff,                                )
                                                     )        1:25-cv-2039 (LMB-WBP)
      v.                                              )
                                                     )
95LIVE.COM,                                           )
                                                     )
JOHN DOES 1-10,                                       )
                                                     )
            Defendants.                               )

## ORDER

Before the Court is pro se plaintiff Rayon Payne's ("Payne" or "plaintiff") Motion for Stay ("Motion"), which asserts that on March 6, 2026, plaintiff was arrested and is currently in federal detention at FDC Miami, and requests that this Court stay all proceedings until he is released from detention. [Dkt. No. 25]. Finding sufficient good cause, Payne's Motion, [Dkt. No. 25], is GRANTED; and it is hereby

ORDERED that that this civil action be and is STAYED until plaintiff is released from federal detention;[1] and it is further

---

[1] Although the magistrate judge's March 30, 2026, Order required plaintiff to properly serve defendants "on or before April 30, 2026" and included a warning that the failure to do so may result in a dismissal of the claims against defendants, [Dkt. No. 23], Payne's arrest and subsequent detention on March 6, 2026, meant that he did not have sufficient notice of the Order, see [Dkt. No. 25]. Accordingly, dismissal of this civil action at this juncture is improper.

ORDERED that plaintiff immediately advise the Court of any address change. Failure to maintain accurate current contact information with the Court will result in this civil action being dismissed.

The Clerk is directed to forward a copy of this Order to Rayon Payne, proceeding pro se, and to remove this civil action from the Court's active docket.

Entered this 1st day of June, 2026.

Alexandria, Virginia

_____/s/_____
Leonie M. Brinkema
United States District Judge

2